*B. W. Wilson,* for the appellee.

---

LEE *v.* DILLY, ADMINISTRATOR OF DILLY.

APPEAL from the *Washington* Common Pleas.

*Per Curiam.*—Suit on note. Answer, payment and set-off. There was a special finding by the Court of the amount due on the note, including interest; and also of each set-off, and the time when it accrued. The Court appears, in the conclusion based upon those findings, to have fallen into the error of allowing interest on the note up to the day of judgment, and none on any set-off, although several years had elapsed

Nov. Term, since they had accrued, by the delivery of money to the
1861.   payee of the note.

JUSTICE        The judgment is reversed, with costs. Cause remanded, &c.
v.         *C. L. Dunham* and *Horace Heffren* for the appellant.
KIRLIN.